PROB 12B
(7/93)

Report Date: October 6, 2006

# United States District Court

for the

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Ty Patrick Gunion          Case Number: 2:02CR00176-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 01/24/2003         Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Firearm and     Date Supervision Commenced: 11/28/2003
Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 21 Months;        Date Supervision Expires: 03/19/2007
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

### CAUSE

On July 14, 2006, the Court signed an order modifying the defendant's conditions of supervision. He was ordered to reside at a residential reentry center (RRC) for up to 180 days. The condition stated that he was entitled to the benefits of the prerelease component, and that he would remain at the facility until discharged by the Court. This modification was the result of the defendant violating the conditions of his supervised release by consuming alcohol on December 31, 2005.

As the Court may recall, Mr. Gunion was arrested for second degree assault on December 31, 2005. He was subsequently found not guilty as the result of a jury trial in Spokane County Superior Court. He did stipulate to the fact that he was under the influence of alcohol on the night of his arrest. He was incarcerated at the Spokane County Jail continuously from December 31, 2005, until he was moved to Bannum Place of Spokane (RRC) on July 19, 2006.

While at the RRC, Mr. Gunion has been steadily employed and complied with the rules and regulations of the facility. The staff at Bannum advised this officer they have had no problems from the defendant. Mr. Gunion's family is currently going through a difficult time, as he has two brothers residing locally that are both terminally ill. This officer has been in communication with Mr. Gunion's mother during his stay at the RRC, and has authorized passes for him to visit his ailing brothers.

Prob 12B
**Re: Gunion, Ty Patrick**
**October 6, 2006**
**Page 2**

Due to the defendant's positive adjustment to the program rules at Bannum, gainful employment, and the health related issues facing his family, it is respectfully requested the Court modify the conditions of his supervision. This officer is asking that the defendant be released to electronic home monitoring for a period of 90 days, in lieu of his placement at the RRC.

Respectfully submitted,

by /s/ Matthew L Thompson
Matthew L Thompson
U.S. Probation Officer
Date: October 6, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Fred Van Sickle
Signature of Judicial Officer

October 6, 2006
Date